**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Melissa Bonoffski,** | : |
| | : |
| | : **Civil Action No.: 3:10-CV-00610** |
| **Plaintiff,** | : |
| v. | : |
| | : |
| **WCG and Associates International, L.L.C.; and DOES 1-10, inclusive,** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

Melissa Bonoffski ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: August 18, 2010**

**Respectfully submitted,**

**PLAINTIFF, Melissa Bonoffski**

**/s/ Sergei Lemberg**

**Sergei Lemberg, Esq.**
**LEMBERG & ASSOCIATES L.L.C.**
**1100 Summer Street, 3rd Floor**
**Stamford, CT 06905**
**Telephone: (203) 653-2250**
**Facsimile: (877) 795-3666**
**slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

**I hereby certify that on August 18, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

**By /s/ Sergei Lemberg**

**Sergei Lemberg**